**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re: Case No.: 25-16368-SMG

ALEXANDRE PUSSIELDI, Chapter 13

Debtor.
_______________________________/

**DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

Comes now, Debtor Alexandre Pussieldi ("Debtor"), by and through undersigned counsel, hereby files this Motion to Modify Chapter 13 Plan pursuant to the Notice of Mortgage Payment Change filed on December 1, 2025 [DE 48] and Notice of Mortgage Payment Change filed on April 16, 2026 [DE 49] and (the "Motion"), and states as follows:

1. On or about June 4, 2025, Debtor filed his Chapter 13 Voluntary Petition ("Petition"). At the same time, Debtor filed his Chapter 13 Plan.

2. On or about September 10, 2025, the Debtor filed his Fourth Amended Chapter 13 Plan, which was later confirmed on October 16, 2025 (the "Plan").

3. The Plan currently provides for the Debtor to pay regular payments of $2,342.59 which includes $1,248.76 in escrow payments to U.S. Bank National Association, as Trustee et al. (hereinafter "Mortgage Company").

4. After confirmation of the Plan, Mortgage Company filed a Notice of Mortgage Payment Change [DE 48] effective December 1, 2025, increasing the escrow component of the monthly mortgage payment from $1,248.76 to $1,271.09.

5. On April 16, 2026, Mortgage Company filed a second Notice of Mortgage Payment Change [DE 49] effective June 1, 2026, increasing the escrow component from $1,271.09 to $1,321.29.

6. As a result of the Notices of Mortgage Payment Change, the Debtor's ongoing contractual mortgage payment increased from $2,342.59 to $2,415.12, an increase of $72.53 per month.

7. As a result, Debtor has filed a 4th Modified Chapter 13 Plan increasing the ongoing mortgage payment from $2,342.59 to $2,511.52 to account for the increased escrow obligation reflected in the Notices of Mortgage Payment Change.

8. Debtor proposes the foregoing modification through the concurrently filed Modified Chapter 13 Plan.

9. Debtor's counsel has been paid directly by the Debtor $750.00 in attorney's fees and $50.00 in costs in connection with the preparation and filing of this Motion and Modified Chapter 13 Plan. No additional compensation is requested through the Chapter 13 Plan.

**WHEREFORE,** Debtor Alexandre Pussieldi, requests that this Honorable Court enter an Order granting the Motion and Fourth Modified Chapter 13 Plan, and such further relief as the Court may deem proper and just.

Dated: August 10, 2026

Respectfully submitted,
Gendler and Gendler, PLLC
*Counsel to Debtor*
P.O. Box 450135
Fort Lauderdale, Florida 33345
Tel. 954-271-5460

By: */s/ Mitun Mitra*_______
Mitun Mitra, Esquire
Florida Bar No. 0121604
mmitra@gendlerlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 10th day of August, 2026, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case.

By: */s/ Mitun Mitra*______________
Mitun Mitra, Esquire