**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
**Pussieldi, Alexandre** **Case No. 25-16368-SMG**

**Chapter**: **13**

Debtor(s)
_______/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document(s):

1. **Document Number: 70-Motion to Modify Plan (Re: [35] Amended Chapter 13 Plan, [66] Modified Chapter 13 Plan)**
2. **Document Number: 71- Notice of Hearing**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on **08/12/2026**.

Dated: **08/12/202**

Respectfully submitted,
Gendler and Gendler, PLLC
*Counsel to Debtor*
P.O. Box 450135
Fort Lauderdale, Florida 33345
Tel. 954-271-5460

By: */s/ Mitun Mitra*_______
Mitun Mitra, Esquire
Florida Bar No. 0121604
mmitra@gendlerlawyers.com

**E-Service Parties**

**Reka Beane on behalf of Creditor U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4, Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com**

**Office of the US Trustee**
**USTPRegion21.MM.ECF@usdoj.gov**

**Mukta Suri on behalf of Creditor U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4**
**mukta.suri@aisinfo.com, mccallaecf@ecf.courtdrive.com**

**Toni Townsend on behalf of Creditor U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4**
**toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com**

**Toni Townsend on behalf of Creditor U.S. Bank National Association,, et al.**
**toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com**

**Robin R Weiner**
**auto-forward-ecf@ch13weiner.com**

**Mailing List - Creditors**

**Bank of America**
P.O. Box 982238 El
Paso, TX 79998

**Citibank**
PO Box
900103740290-1037
Louisville, KY
40290-1037

**De Cubas & Lewis, P.A.**
P.O. Box 5026
Fort Lauderdale, FL 33310

**Goldman Sachs**
**Bank USA**
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA
19176-0379

**Internal Revenue**
**Service**
PO Box 7346
Philadelphia, PA
19255-0039

**Jpmcb**
Mail Code LA4-7100 700
Kansas Lane
Monroe, LA 71203

**Kia Motors**
**Finance**
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728

**Miami Law, PLLC** Richard Gendler, Esq, PO BOX 450135
Fort Lauderdale, FL 33345

**MRC/United Wholesale M**
350 Highland
Houston, TX 77067

**Syncb/Toys R Us**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Synchrony Bank/BRMart**
Attn: Bankruptcy
POB 965060
Orlando, FL 32896

**Synchrony Bank/TJX**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896