UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ALEXANDRE PUSSIELDI,

Debtors.
_____________________________________ /

Case No.: 25-16368-SMG
Chapter: 13

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (DOC. NO. 53)**

COMES NOW, U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 (the "Secured Creditor"), and through their undersigned counsel, hereby withdraws its Objection to Confirmation of Chapter 13 Plan ("Objection") (Doc. No. 53) filed June 15, 2026, without prejudice.

\

McCalla Raymer Leibert Pierce, LLP

By: *_/s/Toni Townsend_*

Toni Townsend
Florida Bar No. 1022285
Attorney for Creditor
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, Florida 33301
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Email: Toni.Townsend@mccalla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 08/26/2026, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Alexandre Pussieldi, 3102 SW 15th Court, Fort Lauderdale, FL 33312; and those parties receiving CM/ECF service

By: */s/Toni Townsend*
Toni Townsend

- **Reka Beane Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com**
- **Richard S Gendler rgendler@miami-law.com, arodriguez@miami-law.com;ecf@casedriver.com**
- **Mitun Mitra MMitra@GendlerLawyers.com**
- **Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov**
- **Mukta Suri Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com**
- **Toni Townsend toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com**
- **Robin R Weiner auto-forward-ecf@ch13weiner.com**